UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE BARROS TOAPANTA,<br><br>      Petitioner,<br><br>      v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; KENNETH GENALO, in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice; and PAUL ARTETA, in his official capacity as Sheriff, Orange County, New York,<br><br>      Respondents. | 26-CV-6105 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 19, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1 (Pet.).  It is hereby ordered that:

1.  Respondents shall file an opposition by July 23, 2026, as to why the petition for a writ of habeas corpus should not be granted.  In their opposition, they shall state the reason, if any, why *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026) does not require Petitioner's immediate release.

2.  Petitioner shall have the opportunity to reply by July 27, 2026.

3.  This matter shall be heard by the Court on July 28, 2026 at 11:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4.  As previously ordered, Dkt. No. 3, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin

immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interest in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:         July 20, 2026
               New York, New York

_____
Ronnie Abrams
United States District Judge