**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jorge Barros Toapanta,**
              *Petitioner*,

              v.

**Markwayne Mullin** *et al.*,
              *Respondents*.

**No. 26-cv-6105 (RA)**

~~[Proposed]~~ **Order**

On this day, August ___4___, 2026, it is hereby ordered that Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus without Prejudice is granted. The habeas petition is withdrawn without prejudice, and the case is dismissed. All orders enjoining Petitioner's transfer or removal from the United States are vacated. The Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

_____
HONORABLE RONNIE ABRAMS
United States District Judge